UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>-against-<br><br>$120,000 In United States Currency Seized By The Government From Taras Kruts On Or About February 22, 2024 and $318,501 In United States Currency Seized By The Government On Or About February 22, 2024 From A Residence Located On Avenue K, Brooklyn, New York,<br><br>                Defendants-*in-rem*. | 25-CV-931 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties were ordered to file, by the Wednesday of the week before the initial pretrial conference (that is, April 30, 2025) a proposed case management plan and joint letter. Dkt. 3. These materials were not filed by the deadline. The parties should make the required filings by **May 5, 2025 at 3:00 PM**.

      SO ORDERED.

Dated: May 2, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge