UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>    -against-<br><br>$120,000 In United States Currency Seized By The Government From Taras Kruts On Or About February 22, 2024 and $318,501 In United States Currency Seized By The Government On Or About February 22, 2024 From A Residence Located On Avenue K, Brooklyn, New York,<br><br>     Defendants-*in-rem*. | 25-CV-931 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court scheduled an initial pretrial conference on May 6, 2025 and set a deadline for pre-conference filings. Dkt. 3. No pre-conference filings were made by the deadline, so the Court prompted the parties and adjourned the pretrial conference to June 3, 2025. Dkts. 6, 8. The parties have once again missed the deadline for pre-conference filings without any explanation to the Court. By **June 4, 2025 at 5:00 PM**, the parties should meet and confer and submit a status update letter. The pretrial conference is adjourned to **June 10, 2025 at 4:00 PM** using the same dial-in information.

  SO ORDERED.

Dated: June 2, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge