UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA
        Plaintiff,

      - v. -                                       JUDGMENT OF FORFEITURE

$120,000 IN UNITED STATES CURRENCY            25 Civ. 931 (AS)
SEIZED BY THE GOVERNMENT FROM
TARAS KRUTS ON OR ABOUT FEBRUARY
22, 2024; and

$318,501 IN UNITED STATES CURRENCY
SEIZED BY THE GOVERNMENT ON OR
ABOUT FEBRUARY 22, 2024 FROM A
RESIDENCE LOCATED ON AVENUE K,
BROOKLYN, NEW YORK;

        Defendants-*in-rem.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about January 31, 2025, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Section 881(a)(6);

        WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 27, 2025, and continuing through April 25, 2025, and proof of such publication was filed with the Clerk of this Court on October 31, 2025 (D.E. 15);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose

2

of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, on or about February 3, 2025, the Government sent direct notice of the Verified Complaint by certified mail to:

> Michael Eisner, Esq.
> Motley Rice
> 28 Bridgeside Blvd
> Mt. Pleasant, SC 29464
>
> Samuel Mitchell, Esq.
> Mitchell & Mitchell, LLC
> 7161 E. Rancho Vista Drive, Suite 5009
> Scottsdale, AZ 85251

(together, the "Noticed Parties-1");

WHEREAS, on or about February 3, 2025, the Government sent direct notice of the Verified Complaint by electronic mail to:

> Taras Kruts
> c/o Tony Mirvis
> The Mirvis Law Firm, P.C.
> 28 Dooley Street
> Brooklyn, NY 11235

(together with the Noticed Parties-1, the "Noticed Parties");

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*;

WHEREAS, on or about March 6, 2025, Taras Kruts (the "Claimant") filed a claim asserting an interest in the Defendants-*in-rem* (the "Verified Claim") (D.E. 4). On or about March 27, 2025, the Claimant filed an Answer in this action (D.E. 6);

WHEREAS, on or about October 30, 2025, the Court entered a Stipulation and Order (D.E. 14), wherein the Government agreed to return $50,000 of the Defendants-*in-rem* to

the Claimant (the "Claimant's Share") and the Claimant agreed to withdraw any claim to the remaining $388,501 of the Defendants-*in-rem* (the "Forfeitable Funds"); and

WHEREAS, other than the Verified Claim, no other claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Forfeitable Funds shall be, and the same hereby is forfeited to the Plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Forfeitable Funds according to law.

Dated: New York, New York
November 4, 2025

SO ORDERED:

_____
THE HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

4